IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: HAKEAI T. FAANUNU and SELA LEPOLO TELA,

    Debtors.

No. C 03-01487 JSW

**ORDER**

    On March 17, 2005, this Court granted Debtors' third miscellaneous request to postpone the briefing schedule. The Court ordered appellant to serve and file a brief on June 6, 2005; appellee to serve and file a brief not more than 20 days after service of appellant's brief; and allowed appellant to serve and file a reply brief not more than 10 days after service of appellee's brief. In addition, the Court ordered that appellee may serve and file a reply brief in response to appellant's brief relating to the issues in any cross-appeal not more than 10 days after service of appellant's brief.

    Having not received any briefing from appellee, the Court HEREBY ORDERS appellee to respond in writing no later than August 25, 2005 or the Court will deem the matter submitted.

**IT IS SO ORDERED.**

Dated: August 15, 2005

                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE