IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: HAKEAI T. FAANUNU and SELA LEPOLO TELA,<br><br>　　　　Debtors.<br>_____/ | No. C 03-01487 JSW<br><br>**ORDER REQUIRING STATUS REPORTS** |

　　　　On March 17, 2005, this Court granted Debtors' third miscellaneous request to postpone the briefing schedule. The Court ordered appellant to serve and file a brief on June 6, 2005; appellee to serve and file a brief not more than 20 days after service of appellant's brief; and allowed appellant to serve and file a reply brief not more than 10 days after service of appellee's brief. In addition, the Court ordered that appellee may serve and file a reply brief in response to appellant's brief relating to the issues in any cross-appeal not more than 10 days after service of appellant's brief.

　　　　On August 15, 2005, this Court ordered Appellee to respond in writing to the pending appeal by no later than August 25, 2005. The docket reflects that Appellee is represented by Ruth Elin Auerbach. Having received no response to date, the Court has reviewed Appellant's opening brief, and fails to find the appeal well-taken. However, the record remains incomplete and it is not clear whether the appeal is still pending. The Court HEREBY ORDERS counsel for both parties, Dean Lloyd and Ruth Elin Auerbach, to submit status reports by no later than **December 5, 2005** detailing the status of the appeal.

　　　　**IT IS SO ORDERED.**

Dated: November 18, 2005

　　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE