IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAKEAI T. FAANUNU and SELA LEPOLO TELUA,

    Plaintiffs / Appellants,

v.

GAIL DIXON,

    Defendant / Appellee.

No. C 03-01487 JSW

**JUDGMENT**

For the reasons stated in its Order re Bankruptcy Appeal dated February 24, 2006, the judgment entered by the bankruptcy court in favor of Defendant on March 17, 2003 and the underlying findings of fact and conclusions of law are AFFIRMED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 24, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE